# NO. 12-23-00153-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE MATTER OF THE MARRIAGE OF MICHAEL ALRICK* | § | *APPEAL FROM THE* |
| *YOUNGBLOOM, SR. AND ALISSA YOUNGBLOOM AND IN THE* | § | *COUNTY COURT AT LAW* |
| *INTEREST OF M. G. Y. & B. M. Y., CHILDREN* | § | *CHEROKEE COUNTY, TEXAS* |

## MEMORANDUM OPINION
## PER CURIAM

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Appellant, Michael Alrik Youngbloom, Sr., filed a notice of appeal on May 22, 2023. The clerk's record was filed on July 3 and the reporter's record was filed on August 8. Appellant's brief was due on or before September 7. This Court granted Appellant's counsel's first request for an extension to October 9, second request for an extension to October 30, and third request for extension to November 30. On December 6, the Clerk of this Court notified Appellant that the brief was past due. We further notified Appellant that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than December 18.

The December 18 deadline passed, and Appellant has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time.[1] Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Opinion delivered December 20, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] This Court previously dismissed the appeal for failure to pay the filing fee. *See **In the Matter of the Marriage of Youngbloom***, No. 12-23-00153-CV, 2023 WL 4308644 (Tex. App.—Tyler June 30, 2023, no pet.) (mem. op.). The appeal was reinstated after Appellant filed a motion for rehearing and paid the required fee.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**DECEMBER 20, 2023**

**NO. 12-23-00153-CV**

**IN THE MATTER OF THE MARRIAGE OF MICHAEL ALRICK YOUNGBLOOM, SR. AND ALISSA YOUNGBLOOM AND IN THE INTEREST OF M. G. Y. & B. M. Y., CHILDREN**

Appeal from the County Court at Law

of Cherokee County, Texas (Tr.Ct.No. FM2100239)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*